Loop Discount Corporation, Appellant, v. Joseph W. Schulman and Bessye Schulman, His Wife, Appellees.

Gen. No. 42,002.

opinion filed June 30, 1943. Philip J. Slotnikoff, for appellant; Sidney N. Schulman, for appellees; Henry M. Seligman, of counsel. Opinion by JUSTICE KILEY. ''Not to be published in full.''

Elizabeth Weick Peters, Appellee, v. Clara Gehm et al., Appellants.

Gen. No. 42,139.

opinion filed June 30, 1943. Jacob Kaplan, for appellants; Cassels, Potter & Bentley, for appellee; Francis J. Nosek, of counsel. Opinion by JUSTICE KILEY. ''Not to be published in full.''